IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MICHAEL D. DEUEL, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 08-00144-S-LMB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| GARY BARRIER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The parties have consented to United States Magistrate Judge entering final judgment in this matter, in accordance with 28 U.S.C. § 636(c).  (Docket No. 15.)

Accordingly, based upon the Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED: **January 8, 2009**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

**JUDGMENT - 1**